Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of New York

_____ Division

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 23 2022  ★

LONG ISLAND OFFICE

Case No. **CV-22      997**

(to be filled in by the Clerk's Office)

KEVIN JAMES WALKER ESQ

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Joseph C Pastoressa JSC
Daniel McCarthey ESQ
Michael Broxmeyer

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: (check one) ☑ Yes ☐ No

**AZRACK, J.**

**SHIELDS, M.J.**

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                KEVIN JAMES WALKER
Street Address   c\o  61 Adams road  apartment 1G
City and County   central Islip          Suffolk County
State and Zip Code  New York  [11782-9998]
Telephone Number  (631-991-0916
E-mail Address    KJwalker66@gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Joseph C Pastoressa Judge

Job or Title *(if known)* — ~~+ court~~ Riverhead Judge

Street Address — 1 Court St.

City and County — Riverhead   Suffolk

State and Zip Code — New York   11901

Telephone Number — 631 - 852 - 2163

E-mail Address *(if known)* — N/A

**Defendant No. 2**

Name — ( Schneider Buckel LLP ) Daniel Mccarthy

Job or Title *(if known)* — Attorney

Street Address — 666 Old Country Road

City and County — ~~Nassau~~ Garden City   Nassau

State and Zip Code — New York   11530

Telephone Number — 516 393 5556

E-mail Address *(if known)*

**Defendant No. 3**

Name — ( Plymouth Board of mangers / fair field Prop Michael Brox meyer

Job or Title *(if known)* — owner

Street Address — 538 Broadhollow Road

City and County — Melville   Suffolk

State and Zip Code — New York   11747

Telephone Number — 631 270 - 4637

E-mail Address *(if known)*

**Defendant No. 4**

Name — Plymouth Villar Board of mangers / fairfield Prop michael Brox meyer owner

Job or Title *(if known)* — 150 Broad hollow road

Street Address

City and County — Melville   Suffolk

State and Zip Code — New York   11747

Telephone Number — 631 499 - 6660

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  18 USC 1341   18 USC 242
18 USC 1343   18 USC 241
18 USC 876
18 USC 524

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attached Fee schedule

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

January 2018 I filed Chapter 7 Bank Ruptcy In Eastern District Federal Court Plymouth Village Board of managers, Fairfield property was under the chapter 7 debt was discharged 4-18-2018 # 81,000 They have been since 2019 sending threating letters to Foreclose There is A sale date of 4-75-2022 Islip Town Hall

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-21 - 2022

Signature of Plaintiff    By: Khalid el ali ucc 1-3 08 all rights reserved

Printed Name of Plaintiff    By: Khalid El Ali ucc 1-308

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

# NOTICE OF INTENT - FEE SCHEDULE

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, **Kevin James Walker©**, Authorized Representative on behalf of **KEVIN JAMES WALKER©, KEVIN J. WALKER©, KEVIN WALKER©**, Ens Legis. I, **Kevin James Walker©**, do hereby set forth fees to be instated in any business dealing with **KEVIN JAMES WALKER©, KEVIN J. WALKER©, KEVIN WALKER©**, for any business conducted relevant to this schedule.  Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt.  If said fees are not met, it is the right of the Secured Party Creditor, **Kevin James Walker©**, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, **Kevin James Walker©**, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

**Kevin James Walker©**, American State National Secured Party Lien Creditor, Authorized Representative for **KEVIN JAMES WALKER©**, Ens Legis Without Prejudice

### Witness and Acknowledgement

New York State
Suffolk County

A living man affirmed before me, a Notary. on this _____ day of November, 2021, that **Kevin James Walker**, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

_____ Notary;

JULIE FREUND
Notary Public, State of New York
No. 01FR6226267
Qualified in Suffolk County
Commission Expires August 9, 20__

PAGE 1 of 5

**Private Easements Schedule**
      Penalty for Private Use                          $ 250,000

**Public Easements Schedule**
Penalty for Public Use                             $ 250,000
These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. | Name | $ 50,000 |
| b. | Drivers License Number | $ 50,000 |
| c. | Social Security Number | $ 100,000 |
| d. | Retinal Scans | $ 5,000,000 |
| e. | Fingerprinting | $ 200,000 |
| f. | Photographing | $ 200,000 |
| g. | DNA | $ 5,000,000 |
| | 1. Mouth swab | $ 5,000,000 |
| | 2. Blood samples | $ 5,000,000 |
| | 3. Urine samples | $ 5,000,000 |
| | 4. Breathalyzer testing | $ 5,000,000 |
| | 5. Hair samples | $ 5,000,000 |
| | 6. Skin samples | $ 5,000,000 |
| | 7. Clothing samples | $ 5,000,000 |
| | 8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| • | Citations | $ 60,000 |
| • | Warning issued on Paper Ticket | $ 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| • | Time in court | $ 75,000/hr with 1 hour min. |
| • | If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce:**

| | | |
|---|---|---|
| a. | Agency by Estoppel | $ 50,000 |
| b. | Color of Law | $ 150,000 |
| c. | Implied Color of Law | $ 150,000 |
| d. | Criminal Coercion | $ 500,000 |
| e. | criminal Contempt of court | $ 500,000 |
| f. | Estoppel by Election | $ 350,000 |
| g. | Estoppel by Laches | $ 350,000 |
| h. | Equitable Estoppel | $ 500,000 |
| i. | Fraud | $ 1,000,000 |
| j. | Fraud upon the court | $ 2,000,000 |
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 100,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 100,000 |

| | | |
|---|---|---|
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Theft of License Plate | $ 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| | | |
|---|---|---|
| a. | 30 minutes | $ 5,000/30 minutes min |
| b. | 60 minutes | $ 10,000 |
| c. | 90 minutes | $ 15,000 |

Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| | | |
|---|---|---|
| a. | My Appearance | |
| a. | under protest and duress: | $ 75,000/hour |
| b. | Voluntarily | $ 10,000/hour |

**Use of trade name material**

| | | |
|---|---|---|
| a. | Name | |
| a. | under protest and duress: | $ 25,000 |
| b. | Voluntarily | $ 10,000 |
| b. | Drivers License | |
| a. | under protest and duress: | $ 25,000 |
| b. | Voluntarily | $ 10,000 |
| c. | Social Security Number | |
| a. | under protest and duress: | $ 25,000 |
| b. | Voluntarily | $ 10,000 |
| c. | Miscellaneous Material | $ 25,000 |
| d. | Produce any personal information for any kind of business interaction: | |
| a. | Financial Information | $ 10,000 |
| b. | Drivers License | $ 10,000 |
| c. | Social Security Number | $ 250,000 |
| d. | Any documents produced by me | $ 10,000 per document |

**Time usage for court appearances:**

| | | |
|---|---|---|
| a. | 30 minutes | |
| a. | Under Protest and Duress | $ 33,500 |
| b. | Voluntarily | $ 10,000 |
| c. | 60 minutes | |
| a. | Under Protest and Duress | $ 75,000 |
| d. | Voluntarily | $ 20,000 |
| b. | 90 minutes or more | |
| a. | Under Protest and Duress | $ 100,500 |
| b. | Voluntarily | $ 30,000 |

## Trespass-Fee Schedule
**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s) and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights | $ 20,000 |
| b. | Failure to honor Oath of Office | $ 50,000 |
| c. | Failure to honor Constitutional Oath | $ 50,000 |
| d. | Failure to honor Written and/or Oral Word | $ 5,000 |
| e. | Silence/Dishonor/Default | $ 5,000 |
| f. | Failure to honor /No Bond | $ 5,000 |
| g. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000 each |
| h. | Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service | $ 1,000 Minimum/per hour |
| k. | Detention from Free Movement and/or cuffed | $ 75,000 Minimum/per hour |
| l. | Incarceration | $ 75,000 Minimum/per hour |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ 25,0000 |
| o. | Failure to Present a Living Injured Party | $ 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ 100,000* |
| r. | Default By Non Response or Incomplete Response | $ 100,000* |
| s. | Fraud | $ 1,000,000* |
| t. | Racketeering | $ 1,000,000* |
| u. | Theft of Public Funds | $ 1,000,000* |
| v. | Dishonor in Commerce | $ 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ 1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ 50,000 Each |
| z. | Forcing psychiatric evaluations | $ 500,000 per day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000 per day |
| bb. | Refusal to provide proper exercise while Incarcerated | $ 50,000 per day |
| cc. | Refusal to provide proper dental care while Incarcerated | $ 50,000 per day |
| dd. | Forced giving of body fluids | $ 5,000,000 per day |
| ee. | Forced injections/inoculations, vaccines | $ 5,000,000 per day |
| ff. | Forced separation from marriage contract | $ 160,000 per day |
| gg. | Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000 per day |

| | | |
|---|---|---|
| hh. | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000 per day |
| ii. | Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation | $ 6,000,000 per count/charge |
| jj. | Attempted extortion of signature | $ 6,000,000 per count/charge |
| kk. | Attempted forgery of signature | $ 6,000,000 per count/charge |
| ll. | Harassment; Stress of any kind charge | $ 1,000,000 per occurrence/ |
| mm. | Forced/mandated/required vaccines | $ 10,000,000 per shot |
| nn. | Serious illness or death due to vaccines | $ 100,000,000 per occurrence |

\*Per Occurrence and Includes any Third Party Defendant
\*\* All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping) $ 50,0000**
**Services to others and/or Corporation(s):**

| | | |
|---|---|---|
| a. | Studying | $ 500 per hour |
| | while under threat, duress, coercion **30 hrs** | $ 75,000 per hour **x 30 hrs = 2,250,000** |
| b. | Analyzing | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| c. | Research | $ 500 per hour |
| | while under threat, duress, coercion **30 hrs** | $ 75,000 per hour **x 30 hrs = 2,250,000** |
| d. | Preparing Documents | $ 500 per hour |
| | while under threat, duress, coercion **30 hrs** | $ 75,000 per hour **x 30 hrs = 2,250,000** |
| e. | Answering Questions | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $ 500 per hour |
| | while under threat, duress, coercion **30hrs** | $ 75,000 per hour **x 30 hrs = 2,250,000** |

**If invoiced, payment is due 15 days after receipt date.**
**Make all payments to:** **Total $ 14,000,000**
**Kevin James Walker** **x 3 defendants = $ 42,000,000**

**61 Adams Road Apt 1g**

**Central Islip, New York (11722)**

New York Assembly
Land Records
Secretary
Official Seal

PAGE 5 of 5

SUPREME COURT - COUNTY OF SUFFOLK - ISLIP

BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMINIUM, Plaintiff -against-

KEVIN WALKER, et al Defendant(s). Pursuant to a Judgment of Foreclosure and Sale dated

February 4, 2020 and entered on February 20, 2020, I, the undersigned Referee will sell at public

auction at the Islip Town Hall, 655 Main Street, Islip, NY on April 27, 2020 at 10:00 a.m. premises

situate, lying and being the Unit known as Unit No. G1G in the building known as and by street

number 61 Adams Road, Central Islip, Town of Islip, Suffolk County, New York. Together with

an undivided .63392 percent interest in the common elements.

Section: 055.01 Block: 01.00 Lot: 063.000

Said premises known as 61 ADAMS ROAD, CENTRAL ISLIP, NY

Approximate amount of lien $81,764.26 plus interest & costs.

Premises will be sold subject to provisions of filed Judgment and Terms of Sale.

Index Number 613521/2017.

PAMELA J. GREENE, ESQ., Referee

Schneider Buchel LLP

Attorney(s) for Plaintiff

666 Old Country Road, Suite 412, Garden City, NY 11530


{* Islip Bulletin*}

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------------X
BOARD OF MANAGERS OF PLYMOUTH VILLAGE
CONDOMINIUM,

                           Plaintiff,

      - against -

KEVIN WALKER; CLERK OF THE SUFFOLK COUNTY
DISTRICT COURT; CLERK OF THE SUFFOLK COUNTY
TRAFFIC & PARKING VIOLATIONS AGENCY;
COMMISSIONER OF TAXATION & FINANCE CCED CHILD
SUPPORT ENFORCEMENT SECTION; COMMISSIONER OF
TAXATION & FINANCE C O ATC; ERICA L. PRINCE;
INCORPORATED VILLAGE OF ISLANDIA; HILCO
RECOVERIES LLC; TEACHERS FEDERAL CREDIT UNION;
MELVILLE SURGERY CENTRE; ARROW FINANCIAL
SERVICES LLC; NORTH STAR CAPITAL ACQUISITION,
LLC; PEOPLE OF THE STATE OF NEW YORK,

                      Defendant(s).
------------------------------------------------------------------X

Index No: 613521/2017

**BILL OF COSTS**

COSTS

| | |
|---|---|
| Cost before note of issue ................................................... | $200.00 |
|     CPLR § 8201 subd. 1 | |
| Costs after note of issue | $200.00 |
|     CPLR § 8201 subd.2 | |
| Trial of issue ...................................................................... | |
|     CPLR § 8201 subd.3 | |
| Allowance by statute ......................................................... | |
|     CPLR § 8302(a)(b) | |
| Additional allowance ......................................................... | |
| Motion costs ...................................................................... | |
|     CPLR § 8202 | |
| Appeal to App. Div ............................................................ | |
|     CPLR § 8203 (a) | |
| Appeal to Appellate Term ................................................. | |
|     CPLR § 8203(b) | |
| Appeal to Court of Appeals ............................................... | |
|     CPLR § 8204 | |
|                 COSTS ......................................... | $400.00 |

DISBURSEMENTS

| | |
|---|---|
| Fee for index number CPLR § 8018(a) ............................... | $210.00 |
| Referee's fee    CPLR § 8301(a)1 ...................................... | |
| Commissioner's compensation | |
|     CPLR § 8301(a)2 ......................................... | |
| Clerk's fee, filing Notice Of Pendency or Attachment | |
|     CPLR § 8018(e) § 8021(a)10 .......................... | $435.00 |
| Entering or docketing judgment | |
|     CPLR § 8301(a)7 § 8016(a)2 ......................... | |
| Paid for searches    CPLR § 8301(a)10 ........................... | $577.00 |
| Affidavits & acknowledgments CPLR § 8009 ..................... | |
| Serving copy summons & complaint | |
|     CPLR § 8011(h)1 § 8301(d) ........................... | |

Request for Judicial Intervention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $95.00
Note of issue        CPLR  § 8020(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid referee's report   CPLR  § 8301(a)12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00
Certified copies of papers   CPLR  § 8301(a)4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $431.10
Satisfaction  piece        CPLR  § 5020(a) § 8021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Transcripts and filing  CPLR  § 8021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Certified copy of judgment   CPLR  § 8021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Postage  CPLR  § 8301(a)12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $162.01
Jury fee  CPLR § 8020(c)1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Stenographers' fees   CPLR  § 8002 § 8301 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Sheriff's fees on execution  CPLR  § 8011, § 8012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sheriff's fees, attachment, arrest, etc.
          CPLR § 8011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid printing cases
          CPLR § 8301(a)6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Disbursements payable pursuant to 22 NYCRR § 670.21(b) and also
          CPLR § 8301(a)12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid copies of papers
          CPLR     § 8016(a)4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Motion expenses
          CPLR     § 8301(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $45.00
Fees for publication
          CPLR     § 8301(a)3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for Register's Search
          CPLR     § 8301(a)10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for County Clerk's Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for Loan Commissioner's Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for U.S. District Court Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for U.S. Circuit Court Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Paid for Tax Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

                                             DISBURSEMENTS . . . . . . . . . . . . . . . . . . . .$2,205.11

                               TOTAL  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,605.11

STATE OF NEW YORK, COUNTY OF NASSAU    ss:            ATTORNEY'S AFFIRMATION

        I, Daniel McCarthy, Esq. an attorney admitted to practice in the courts of this state, affirms: that
the foregoing statements are true upon information and belief, under penalty of perjury: Schneider
Buchel LLP are the attorneys of record for the Plaintiff in this action; the foregoing disbursements have
been or will be necessarily be made or incurred by the Plaintiff in this action and are reasonable in
amount; the copies of the documents or papers as charged herein were actually and necessarily obtained
for use.

        The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated:  November 18, 2019
        Garden City, New York

                                    SCHNEIDER BUCHEL, LLP

                                    _____
                                    Daniel McCarthy, Esq.
                                    *Attorneys for the Plaintiff*
                                    666 Old Country Road, Suite 412
                                    Garden City, New York 11530
                                    (516) 393-5555

PLEASE MAKE CHECKS PAYABLE TO:
PLYMOUTH VILLAGE CONDO

Hicksville, NY 11802-3142
P.O. Box 3142
Remit To: PLYMOUTH VILLAGE CONDO
Phone:(631) 610-5625
After Hours Emergency Service
Late charge assessed after the 15th
A/R Dept: FPSbilling@fairfieldproperties.com

Direct Inquiries to:

Fairfield Properties
538 Broadhollow Road, Third Floor East
Melville, NY 11747

| Account #:walkev1 |
|---|

Kevin Walker
61 Adams Road, #G1g
Central Islip, NY 11722

| Amount Due: |
|---|
| $14,884.53 |

For billing questions please email FPSbilling@fairfieldproperties.com. Pay your bill online through payment dues by visiting our web site at www.fairfieldproperties.com and clicking the Coop/Condo/HOA Portal located on the top left of the page. All correspondence should be sent to 538 Broadhollow Road, 3rd Floor East, Melville, NY 11747.

| | | Total | $14,884.53 |
|---|---|---|---|

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | 13,679.49 | 0.00 | 13,679.49 |
| 04/16/2020 | April Late Charge | 25.00 | 0.00 | 13,704.49 |
| 05/01/2020 | Common Charges (05/2020) | 377.44 | 0.00 | 14,081.93 |
| 05/01/2020 | Special Assessment (05/2020) | 112.07 | 0.00 | 14,194.00 |
| 05/01/2020 | Special Assessment (05/2020) – Balcony assessment | 40.47 | 0.00 | 14,234.47 |
| 05/01/2020 | Special Assessment (05/2020) – Emergency Assessment | 47.54 | 0.00 | 14,282.01 |
| 05/19/2020 | May Late Charge | 25.00 | 0.00 | 14,307.01 |
| 06/01/2020 | Common Charges (06/2020) | 377.44 | 0.00 | 14,684.45 |
| 06/01/2020 | Special Assessment (06/2020) | 112.07 | 0.00 | 14,796.52 |
| 06/01/2020 | Special Assessment (06/2020) – Balcony assessment | 40.47 | 0.00 | 14,836.99 |
| 06/01/2020 | Special Assessment (06/2020) – Emergency Assessment | 47.54 | 0.00 | 14,884.53 |

Payment is due the 1ST of the month.
Tear off the bottom portion and return in the enclosed envelope. Write the Account #walkev1 on your check.



PROPERTIES

ive Database: nyeb live                              ttps: ec .nye .C1rc . cn c -

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 7 of the United States Bankruptcy Code,
entered on 01/17/2018 at 1:09 PM and filed on 01/17/2018 at
12:56 PM .

Kevin J. Walker
61 Adams Rd
Unit IG
Central Islip, NY 1 1722
SSN / ITIN: xxx-xx-2793

The bankruptcy trustee 鏡

Allan B. Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 1 1 743
(63 1)923-1625

The case was assigned case number 8-18-70377-reg to Judge Robert E, Grossman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the
debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all,
although the debtor can request the court to extend or impose a stay, If you attempt to collect a debt or take other
action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this
case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
Internet home page https://ecf.nyeb.uscourts.gov/or at the Clerk's Offce, 290 Federal Plaza, Central Islip, NY 1
1722.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In Re:

KEVIN J. WALKER

                    **Debtor(s)**

Case No. 8-18-70377-reg

Chapter 7   ☑

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 01/11/18

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44                                                                                    Rev. 11/15

 Board of Managers of Plymouth Village Condominium 
73 Adams Rd
Central Islip NY 11722

Scheider Buchel LLP
666 Old Country Rd Suite 412
Garden City NY 11530

Portfolio Recovery
120 Corporate Blvd
Norfolk VA 23502

Capital One, NA
1680 Capital One Drive
McLean NY 22102

First Credit Services
377 Hoes Lane Ste 200
Piscataway NJ 08854

Enhanced Recovery Company LLC
8014 Bayberry Rd
Jacksonville FL 32256

AT&T
Attn Bankruptcy Dept
4331 Communications Drive Floor 4W
Dallas TX 75211

Midland Funding, LLC
8875 Aero Drive Suite 200
San Diego CA 92123

Sprint Headquarters
6200 Sprint Pkwy
Overland Park KS 66251

Diversified Consultants, Inc
10550 Deerwood Park Blvd Suite 309
Jacksonville FL 32256

Credit Collection Services
725 Canton St
Norwood MA 02062

Robert A. Gavin, Jr.
Clerk, U.S. Bankruptcy Court

of2

1/17/2018, 1:15

Case 8-18-70377-reg   Doc   21 Filed   04/25/18   Entered   04/25/18   14:10:46

| | | | | |
|---|---|---|---|---|
| ebtor   1 | i   n if h ᵃᵐᵉ | | | Social Security number or ITIN xxx-xx-2793 |
| | First | J. ᵃlker ᵐᵉ | .ast | |
| ebtor   2 if pouse | Kevin | iddle | | EIN _ _ ⁻ _ _ _ _ _ _ _ |
| | First | Eastern | .ast | Social Security number or |
| nited number: | First Name | iddle | ame | ITIN . _ _ _ |
| | First Name | urt | ame | EIN |
| | nkruptcy | | | _ _ _ _ _ |
| Case | iling) ates | 8-7037 reg | istrict of New ork | |

# Order of Discharge and Final Decree

Revised: 12/15

---

**IT IS ORDERED:**

A discharge under 1 1 U.S.C. S 727 is granted to:

  Kevin J. Walker


**IT IS FURTHER ORDERED:**

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above—named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above—named debtor(s) is closed.


BY THE COURT

Dated: April 25, 2018

  s/ Robert E. Grossman
  United States Bankruptcy Judge


SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

21 Filed            Entered            14:10:46

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection Qf Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged . For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are        discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged:

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

Official Form 318DF7        Chapter 7 Order of Discharge and Final Decree  page 2 21-1
Filed  Entered        14:10

# Notice Recipients

District/Off: 0207-8      User: admin      Date Created: 04/25/2018 Case: 8-18-70377-reg  Form ID: 318DF7
Total: 23

Recipients submitted to the BNC (Bankruptcy Noticing Center):

| | | | | | |
|---|---|---|---|---|---|
| db | Kevin J. Walker | 61 Adams Rd | Unit IG | Central Islip, NY 1 1722 | |

Allan B. Mendelsohn Allan B. Mendelsohn, LLP 38 New Street Huntington, NY 1 1743 smg NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 smg NYS Unemployment Insurance Attn: Isolvency Unit Bldg. #12, Room 256 Albany, NY 12240 smg NYC Depanment of Finance 345 Adams Street Office of Legal Affairs Brooklyn, NY 1 1201-3719 smg United States Trustee Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza        Central Islip, NY 11722-4437

| | | | | | |
|---|---|---|---|---|---|
| 9179204 | AT&T | Attn Banktuptcy Dept | 4331 Communications Drive Floor 4W | Dallas, TX 7521 1 | |
| 9179198 | Board Of Managers of | Plymouth Village Condominium ;☞ ☎ Adams Rd | Central Islip, NY 1 1722 | | |
| 917921 1 | Brookhaven Anesthesia Associates | 101 Hospital Rd | Patchogue, NY 1 1772 | | |
| 9182091 | Capital One Auto Finance, a division of Capital On | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS Oklahoma City. OK 731 18 | | |
| 91 79201 | Capital One, NA | 1680 Capital One Drive | McLean, NY 22102 | | |
| 9179208 | Credit Collection Services | 725 Canton St | Nonvood, MA 02062 | | |
| 9179207 | Diversified Consultants, Inc | 20550 Deerwood Park Blvd suite 309 | Jacksonville, FL 32256 | | |
| 9179203 | Enhanced Recovety Company LLC | 8014 Bayberry Rd | Jacksonville, FL 32256 | | |
| 9179202 | First Credit Services | 377 Hoes Lane | ste 200 | Piscataway, NJ 08854 | |
| 9237053 | Marc H. Schneider, Esq. | Schneider Buchel LLP | 666 Old Country Road, Suite 412 | Garden City, NY 1 1530 | |
| 9179205 | Midland Funding, LLC | 8875 Aero Drive Suite 200 | San Diego, CA 92123 | | |
| 9179200 | Portfolio Recovery | 120 Corporate Blvd | Norfolk, VA 23502 | | |
| 9179210 | R ichard Sokoloff | Attorney at Law | 990 N 2nd Street | Suite I | Ronkonkoma, NY 1779 |
| 9179199 | Schcider Buchel LLP | 666 Old Country Rd Suite 412 | Garden City, NY 1 1530 | | |
| 9237054 | Schneider Buchel LLP | 666 Old Country Road, Suite 412 | Garden City, NY 1 1530 | | |
| 9179206 | Sprint Headquarters | 6200 Sprint Pkwy | Overland Park, KS 66251 | | |
| 9 179209 | The Progressive Corporation | 6300 Wilson Mills Road | Mayfield Village, Ohio 44143 | | |

TOTAL: 23